No. 193. NEMOURS CORPORATION *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Laurence Graves* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Melva M. Graney* for the United States. 

No. 266. MASKE *v.* WASHINGTON, MARLBORO & ANNAPOLIS MOTOR LINES, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *David G. Bress, Alvin L. Newmyer, Jr.* and *Sheldon E. Bernstein* for petitioner. *George D. Horning, Jr.* for respondent. 

No. 2, Misc. SCHOLL *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se.* *Price Daniel,* Attorney General of Texas, *Charles D. Mathews,* First Assistant Attorney General, and *E. Jacobson,* Assistant Attorney General, for respondent. 

No. 3, Misc. LANHAM ET AL. *v.* HOWELL ET AL. Supreme Court f Mississippi. Certiorari denied. *Charles W. Anderson* for petitioners. *Means Johnston* ior respondents. 

No. 4, Misc. JOHNSON *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *E. Guy Hammond* for petitioner. 

No. 8, Misc. ARESEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.